THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
Forte, Anthony J.,

Case no. 6:-06-bk-03524-KSJ

Debtor(s).
_____/

ORDER AUTHORIZING EMPLOYMENT OF
Juan Lopez Palmer AS SPECIAL COUNSEL
_____

Upon the Application (Document No. 27) of Scott R. Fransen, trustee in the captioned case, to employ Juan Lopez Palmer and the law firm of Juan Lopez Palmer, P.A. as attorney for the trustee in the captioned case, it is

ORDERED that the trustee is authorized to employ Juan Lopez Palmer and the law firm of Juan Lopez Palmer, P.A. as Special Counsel for the trustee. Compensation will be determined in accordance with §330 of the Bankruptcy Code. No payment will be made to, or withheld from funds of, due, or on the estate's account, absent application and order.

Done and Ordered     July 24, 2009                                    .

Karen S. Jennemann
United States Bankruptcy Judge

Scott R. Fransen, Trustee, P.O. Box 536696, Orlando, FL 32853
United States Trustee, 135 W. Central Blvd., Ste. 620, Orlando, FL 32801
Debtor's Counsel: BRIAN M. MARK, 104 Church St., Kissimmee, FL  34741-5055
Debtor:  Anthony J. Forte, 3112 Comanche Road, Saint Cloud, FL 34772
Juan Lopez Palmer, Esq., Juan Lopez Palmer, P.A., 1516 Hillcrest, Ste. 200, Orlando, FL 32803